COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
✓ INITIAL APPEARANCE                          DATE: 6/9/05
☐ BOND HEARING
☐ DETENTION HEARING                           DIGITAL Recording: 2:02 - 2:08
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson   DEPUTY CLERK: W. Robinson
CASE NO.   2:05mj75-M                           DEFENDANT NAME: LEE RANDLE SUMMERS
AUSA: ANDREW SCHIFF                             DEFT. ATTY: TIMOTHY C. HALSTROM
                                                Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Tamara Martin                             USPO: _____
Defendant (  ) does; ( ✓ ) does NOT need an interpreter
Interpreter present  ( ✓ ) NO; (  ) YES    Name:

___

✓ ☐ Date of Arrest or ☐ Arrest Rule 40    6/9/05
☐ Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☐ Deft First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
✓ ☐ Financial Affidavit executed ☑ *ORAL MOTION FOR APPT OF COUNSEL*
✓ ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
✓ ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☑ Government's WRITTEN Motion for Detention Hrg. filed
☐ Detention Hearing ☐ held; ☐set for    — Waived
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
☐ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
☐ Release order entered. Deft advised of conditions of release
☐ ☐ BOND EXECUTED (M/D AL charges) $. Deft released
  ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
☐ Bond not executed. Defendant to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
✓ Waiver of ☑ preliminary hearing; ☐ Waiver Rule 40 hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
☐ ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for
    DISCOVERY DISCLOSURE DATE:
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ WAIVER of Speedy Trial. CRIMINAL TERM:

Preliminary Exp & Detention Hearing Waived
GJ 6/28/05; Remanded to custody USMS