# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
### *NORTHERN DIVISION*

*UNITED STATES OF AMERICA*

    *vs.*                          *CASE NUMBER: 05mj75-M*

*LEE RANDLE SUMMERS*

## ORDER

On 9 June 2005, the Magistrate Judge held an initial appearance in which the defendant waived his right to a detention and preliminary hearing. Accordingly, it is

ORDERED that the defendant, LEE RANDLE SUMMERS, is bound over to the grand jury for further action.

DONE this 14th day of June, 2005.

                                         /s/ Vanzetta Penn McPherson
                                         VANZETTA PENN MCPHERSON
                                         UNITED STATES MAGISTRATE JUDGE