IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     PLAINTIFF * | |
| * | |
| v. * | CR NO. 2:05-mj-75-M |
| * | |
| LEE SUMMERS * | |
|     DEFENDANT * | |

### NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as Counsel for Defendant, **Lee Summers**. Further, Defendant prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant. Counsel draws the Court's attention to the fact that his address of record has changed and is currently as follows:

Timothy C. Halstrom
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106

Respectfully submitted this day, June 13, 2005.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Summers

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Mr. Andrew O. Schiff, Esq.
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
Email: andrew.schiff@usdoj.gov

                                        /s/Timothy C. Halstrom
                                        Timothy C. Halstrom
                                        Bar Number HAL021